IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lindsay Morton<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. Duie Pyle Inc.<br><br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 2:16-cv-02038<br><br>Judge Eduardo C. Robreno |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Lindsay Morton and defendant A. Duie Pyle, Inc., by their undersigned counsel who are duly authorized to enter into this Stipulation, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all Claims, with prejudice. Each party shall bear its own attorneys' fees and costs.

/s/Edward C. Sweeney
Edward C. Sweeney, Esq.
Wusinich & Brogan P.C.
537 West Uwchlan Avenue, Suite 200
Downingtown, PA 19335

*Attorney for Plaintiff Lindsay Morton*

Dated: June 10, 2016

/s/ Christopher J. Moran
Christopher J. Moran, Esquire (PA ID 68142)
Lee E. Tankle, Esquire (PA ID 315783)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
*Attorneys for Defendant A. Duie Pyle.*

Dated: June 7, 2016

Approved and Ordered by the Court:

_____
Judge Eduardo C. Robreno
United States District Judge